IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-cr-00301-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MOHAMED MAGI ABUSNENA, | ) | |
| | ) | |
| Defendant | ) | |

This matter comes before the court on Defendant's unopposed motion to reopen and reset the parties' window to file pretrial motions. [DE-49] For good cause shown, the motion is GRANTED. The parties shall be allowed until August 25, 2021 to file pretrial motions; the opposing party shall file any responses to such motions by September 8, 2021; and any replies shall be filed by September 15, 2021.

In light of this order and Defendant's pending motion to dismiss the superseding indictment, the trial in this matter is also CONTINUED indefinitely. The Government is DIRECTED to respond to Defendant's motion to dismiss. Once briefing on the motion to dismiss is complete, and the court rules thereupon, the court will reset the trial date, if it remains necessary.

Any delay resulting from this order is excluded from Defendant's speedy-trial time pursuant to 18 U.S.C. § 3161(h)(1)(D).

SO ORDERED this the _____30th_____ day of _____July_____, 2021.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1